THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE UTICA SUNDAY TRIBUNE COMPANY, Respondent, *v.* THOMAS WILLIAMS et al., Composing the Republican Members of the Board of Supervisors of Oneida County, Appellants, Impleaded with Another.

*People ex rel. Utica Sunday Tribune Co.* v. *Williams*, 140 App. Div. 58, reversed.

(Argued November 18, 1910; decided December 6, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 14, 1910, which annulled, on certiorari, the proceedings of the defendants in designating a newspaper to publish the Session Laws for the year 1910.

*D. Francis Searle* and *Albert J. O'Connor* for appellants.

*E. D. Lee* for respondent.

Order reversed and writ quashed, with costs in both courts, on authority of *People ex rel. Republican & Journal Co.* v. *Wiggins* (199 N. Y. 382); no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.